1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                   AT TACOMA
10

11   KEVIN M. DECKER,                          NO.  C09-5000

                              Petitioner,       KITSAP COUNTY SUPERIOR
12                                              COURT CAUSE NO. 08-2-03060-3
     vs.
13
     CITY OF PORT ORCHARD; the CITY
14   COUNCIL OF PORT ORCHARD;                   ORDER BIFURCATING AND
     CAROLYN POWERS; FRED CHANG and             REMANDING STATE CLAIM
15   JANE DOE CHANG, husband and wife; JIM
16   COLEBANK and JANE DOE COLEBANK,
     husband and wife; FRED OLIN and JANE
17   DOE OLIN, husband and wife; JERRY
     CHILDS and JANE DOE CHILDS, husband
18   and wife;
19
                              Defendants.
20

21          THIS COURT having considered the parties' Stipulated Bifurcation and Remand of
22
     State Claims, hereby finds that:
23
            The parties have stipulated to a bifurcation and remand of Petitioner's Land Use
24
25   Petition Act (LUPA) claim back to Kitsap County Superior Court which has concurrent
26
     subject matter jurisdiction over Petitioner's LUPA claim.

PROPOSED ORDER                          **Sherrard &McGonagle, P.S.**
PAGE 1                                   19717 Front Street N.E.
                                         P.O. Box 400
                                         Poulsbo, WA  98370
                                         (360) 779-5551 Phone
                                         (360) 779-1229 Fax

# ORDER

It is hereby **ORDERED** and **ADJUDGED** that this case is bifurcated, and Petitioner's Land Use Petition Act (LUPA) cause of action under RCW 36.70C is remanded to Kitsap County Superior Court, State of Washington, which has concurrent subject matter jurisdiction; provided that, this Court has original jurisdiction over Petitioner's causes of action that are cognizable under 42 U.S.C. §§ 1983 and 1988, which claims shall proceed in this District Court.

**DATED** this 2nd day of February, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

**SHERRARD & McGONAGLE, P.S.**          **MORRIS & TARADAY, P.C.**

/s/_____          /s/_____
Matthew A. Lind, WSBA # 37179          Carol A. Morris, WSBA #19241
Attorney for Petitioner Kevin Decker          Attorney for Defendants

**Sherrard &McGonagle, P.S.**
19717 Front Street N.E.
P.O. Box 400
Poulsbo, WA  98370
(360) 779-5551 Phone
(360) 779-1229 Fax